```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 14601
   MARIO ROSSI
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7242


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 08/13/2007 and was not confirmed.

    The case was dismissed without confirmation 11/01/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER   2260.98         .00         .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER   1019.72         .00         .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER    320.64         .00         .00
GRP LOAN CORP             CURRENT MORTG      .00          .00         .00
GRP LOAN CORP             MORTGAGE ARRE      .00          .00         .00
WIRBICKI LAW GROUP        NOTICE ONLY    NOT FILED        .00         .00
ANDERSON FIN NETWORK      UNSEC W/INTER  NOT FILED        .00         .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   1946.83         .00         .00
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER    955.71         .00         .00
WEB BANK                  UNSEC W/INTER  NOT FILED        .00         .00
B-REAL LLC                UNSEC W/INTER   1434.57         .00         .00
ROUNDUP FUNDING LLC       UNSEC W/INTER   2378.59         .00         .00
CHARLES N THERMAN ESQ     DEBTOR ATTY        .00                      .00
TOM VAUGHN                TRUSTEE                                     .00
DEBTOR REFUND             REFUND                                      .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                    ---------------     ---------------
TOTALS                    .00                  .00



            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14601 MARIO ROSSI
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 14601 MARIO ROSSI